NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE PREMA JYOTHI LIGHT**

_____

2014-1597

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 76/293,326.

_____

**ON MOTION**

_____

**O R D E R**

Prema Jyothi Light moves without opposition for an extension of time, until December 11, 2014, to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27